FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 18 PM 4: 42

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TERESA GUINN,                          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )          CIVIL ACTION NO.: CV506-044
                                       )
JO ANNE B. BARNHART,                   )
Commissioner of Social Security,       )
                                       )
            Defendant.                 )

## O R D E R

After an independent review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Plaintiff contends the Administrative Law Judge ("ALJ"), and, in turn, the Magistrate Judge, "summarily dispensed with the Plaintiff's contentions by simply stating that substantial evidence supported the denial of her claim of disability." (Doc. No. 24, p. 1.) Plaintiff asserts the ALJ and the Magistrate Judge failed to address her actual physical impairments. Plaintiff also asserts the Magistrate Judge failed to set forth evidence "from an actual evaluating, treating doctor to support" the ALJ's decision to deny her benefits. (Doc. No. 24, p. 2.) Finally, Plaintiff asserts the ALJ has a duty to state with particularity the weight he gave different medical opinions, and the ALJ did not provide a reason why he discounted the findings of Drs. Maquera, Canlas, Bolla, and Boswell that she suffers from fibromyalgia.

ALJ Gold very clearly stated he did not find evidence to support Plaintiff's diagnoses of fibromyalgia, i.e., the opinions of the doctors who diagnosed her with this impairment were not supported by the record. This is sufficient cause to discount the fibromyalgia diagnoses these four doctors gave Plaintiff. <u>See</u> <u>Phillips v. Barnhart</u>, 357 F.3d 1232, 1240 (11th Cir. 2004). Additionally, in reviewing the Commissioner's decision, this Court is to determine whether an ALJ's decision is supported by substantial evidence and whether the ALJ used the correct legal standards. <u>Crawford v. Comm'r of Soc. Sec.</u>, 363 F.3d 1155, 1158 (11th Cir. 2004) (stating that courts review the Commissioner's decision to determine if it is supported by substantial evidence and based on proper legal standards). The Magistrate Judge performed his review of the ALJ's determination, as has the undersigned, consistent with this mandate, and Plaintiff's assertion to the contrary is unwarranted.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this _18th_ day of ___July___, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA